IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

C.W. Jackson 158384 )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 1:06CV174-WKW
 )  (To be supplied by Clerk of
Coffee County Jail )  U.S. District Court)
County Jail Administrater )
County Jail Doctor )
Mr. Zack E. )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 FEB 24 A 9:59

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (X)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (X)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) C.W. Jackson #158384

         Defendant(s) Coffee County Jail, County
         Jail Administrater, County Jail Doctor

      2. Court (if federal court, name the district; if
         state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Limestone C.F. 28779 Nick Davis Rd. Harvest, Al. 35749

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Coffee County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Mr. Zack E. C/O Coffee County Jail Farm Center-
2. Complex New Brockton, Al. 36351
3. ~~County doctor address the same as about~~
4. County Doctor there's only one.
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED In the years 2004 on the 2nd or 3rd mounth

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: A spider bit me on my prite part. And I was refused medical attention

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

After I got bit by the spider they took me to the Doctor the next day; he wouldn't look at me or give me nothing for the spider bit. Told the officer to bring him back in three or four week's, then I'll see about it.

GROUND TWO: Officer Copen had seen the bit mark, and he stated to the Doctor that he need to give me Something

SUPPORTING FACTS: Got bit by a spider and couldn't get no med's for it; The Doctor stated that it was probly a sexually transmitted disease just by looking at it from about 10 foot away from me.

GROUND THREE: I mad sevarl atemp's after that to the Jail Administrater to see someone.

SUPPORTING FACTS: After the Doctor told them to wait three or four week I tryed to get the Jailer's and the Jail Administrater to get me seen by another Doctor; they said we know you need to see a Doctor, but the Jail Administrater won't let us do that. So I almost died trying to get help.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to sue for suffering for whatever amount I can get.

*C.W. Jackson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-21-0006 .
(Date)

*C.W. Jackson*
Signature of plaintiff(s)

4

C.W. Jackson

VS                2006 JAN -9  2:53

COFFEE. CO.

I AM in CO. Jail in 2004 ABOUT THE 2 OR 3 Month. A PiPE BUST ON THE hot WATER in THE DOM. WE could not SEE in THERE it SMEll LiKE GAS TO US. WE BEAT ON THE WAll ABOUT 50 m BEFOR Any one CAME. AFTHER THAT I LAyED BACK in BAC, THEY WAS GETiNG THE WATER UP A SPiDER Bit ME ON MY PRiTE PART I Kill THE SPiDER I TOlE THE PoliCE THAT WAS ON AND I NEED TO GO TO THE DOCTOR TolE ME iT hAD TO BE iN THE MORNiNG It hurt So BAD I TolE him "I NEED TO GO TO night But hE TOlE ME iT Will BE iN THE MORNiNG. IT WAS GETTiNG BiGER ON THE SiDE hE hAS Bit ME On BY THE MORNiNG iT WAS ABOUT TO Kill ME DEAD. So THEY took ME ABout 11 o'clock To THE DOCTOR. This iS WHAT THE DOCTOR TolE ME. I CAME iN AND TolE him THAT I GOT BiTTiNG ON MY PRiDE PART BY A SPRiDER hE JEST LooK OVER AT ME hE DiD WENT TO ELEN SEE WHAT hAD happen So I Show iT TO him hE JEST LooK OVER AT iT ONE TiME AND SAiD

3 BUT I NEVER GOT NO ANSOM FROM THEM SO I JEST HURT AND HURT I KNOW I WAS GOING TO DIE I GOT LOT MORE RONG WITH ME THEN THAT SPIRAL BIT BUT THEY DIDT CARE IF YOU DIE OR NOT. ON ANY THANG WHEN IT ABOUT SEEN A DOCTOR. OK THIS DOCTOR HAVE BEEN CHARGE WITH AII KIND OF SELLING DRUG TO PEOPLE ~~~~~~~~~ IN ENTERPRISE AL SO THEY PUT HIM OUT FROM ENTERPRISE BUT THEY IS THE ONE LET HIM WORK FOR THE .CO. IN EIBA AL BOTH IS IN COFFEE.CO., BACK TO ME WHEN I GOT TO HURTING SO BAD I COULD STAND IT NO MORE I TOOK WHOLE OF IT JEST BUST IT AND THAT LIKE TO MADE ME SICK ON MY STOME, THE SMILL OF THE POSON I ASK THEM EVERY TIME I SEE THE POLICE TO TAKE ME TO A REAL DOCTOR I AM ABOUT DEAD AII THEY SAY WE KNOW YOU NEED TO GO TO THE DOCTOR BUT YOU HAVE TO SEE ZACK THE HEAD POLICE AND HE WOULD NOT TAKE ME. WHEN I MAKE WATER I MADE TWO LINE FROM THE END AND FROM THE SIDE IT WAS ABOUT TO ROT OFF MY BODY. THIS DOCTOR CAII PEOPLE OUT THERE NAME WHEN THEY GO TO SEE HIM EVERY ONE TOIE ME A MAN WAS HERE ASKING TO SEE A DOCTOR ~~~ S WEEK WITH SOMETHANG WITH COID AND THEY WOULD NOT TAKE WHEN THEY SEEN HE WAS GOING TO DIE THEY

LOOK ON THE SIDE-1 FOR ③

2 HE SAID I PROBLE GOT THE CIAP OR SOME THANG. HE SAID I WAS HAVEING HOMESEX WITH SOMEONE PROBLE. THEN HE TOLE THE POLICE TO JEST BRAND HIM BACK IN ABOUT 3 TO 4 WEEK AND IF HE WAS NOT GETTING ANY BETTER HE WILL SEE ABOUT ME THEN. BUT THE POLICE TOLE HIM HY YOU SEE THAT THERE IS SOME THANG BAD RONG WITH HIM YOU NEED TO GIVE HIM SOME THANG FOR THE PAIN HE TOLE ME AND THE POLICE HE WILL SEE ME IN TWO OR THREE WEEK SO THE POLICE TOLE ME TO COME ON LESS GET OUT OF HERE. HE TOLE ME THAT HE DO PEOPLE LIKE THAT AND THEY NEED TO GET A REAL DOCTOR TO HELP PEOPLE BECOUSE SOME PEOPLE REILY NEED HELP. I GOT BACK TO JAIL I WAS ABOUT DEAD, SO MUCH PAIN WAS ON ME AND I ASK TO SEE ANOTHER DOCTOR AND THE HEAD POLICE TOLE ME THAT DOCTOR WAS A GOOD DOCTOR AND THEY DONT HAVE ANOTHER ONE FOR THE <u>cc</u> SO THE POLICE THAT TOOK ME TOLE HIM WHAT HE SAID TO THE DOCTOR AND WHAT THE DOCTOR HAS SAID TO US. BUT HE STELL DIDWONT TO HEAR THAT I GOT TO SAY ABOUT THAT DOCTOR. SO I HAD TO TRY TO STAY ALIFE ON MY ON GOD KNOW I WAS ABOUT GONE FROM HERE I WENT TO ~~~~ CHURCH AND ASK OF THE PEOPLE TO GET THE <u>NAACP</u> AD

4 SEND him to KILBY DEPARTMENT. CORR. WHERE HE DIE AT I KNOW THE DOCTOR AND THE CO. IS FRIEND ON THE THANGS THAT HE DO I KNOW HE WOULD NOT DO PEOPLE LIKE THAT IF IT WAS NOT FOR THE PEOPLE HE KNOW THAT IS NOT GOING TO LET HIM GO DOWN OR TO JAIL HIS SELFE. I ASK SOME PEOPLE ABOUT him AND SOME OF THE POLICE SAID THE hospital PEOPLE WON'T LET him COME IN TO THE hospital BECOUSE HE MAKE THANGS WORSE FOR THEM that WORK BY BEEN DROND ON SOME THANGS. BUT YOU KNOW PEOPLE MAKE MASTAKE AND THEY DO TIME FOR THEM BUT YOU CAN LET A PERSON DIE OR HURT OR BE IN SO MUSH PAIN THANKING THEY GOING TO DID BECOUSE PEOPLE DO NOT CARE BECOUSE IT NOT THEM. IF YOU TAKE A DOG AND DO him LIKE THEY DID ME THEY WILL LOCK WHO EVER UP BUT THEY CAN TAKE A PERSON AND LET DIE WITH PAIN AND GET AWAY WITH IT. I DONT LIKE THE WAY THEY DID ME AND I WONT SOME RELEASE FROM this CO. I CANT FOR GET this. I AM 52 YEAR OLD I WONT SOMETHANG DONE ABOUT THE WAY THEY HAVE MADE ME STAY IN PAIN
YOUR
    TRUELY