**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Coffee County Jail Administrator
   Coffee County Jail
   Farm Center Complex
   New Brockton, AL 36351

2. Article Number
   (Transfer from service label)   7005 1820 0002 3465 1310

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Sandy Pope   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Sandy Pope   3-8-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   1:06CV174-WKW
   C+O   40

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Sandy Pope*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
*Sandy Pope*

C. Date of Delivery
3-8-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:06CV 174-WKW
C+0        (40)

1. Article Addressed to:

Jail Doctor Zack E.
Coffee County Jail
Farm Center Complex
New Brockton, AL 36351

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3465 1303

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540