RECEIVED

IN THE UNITED STATES DISTRICT COURT
2006 MAR 20 A 10:32
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| C.W. JACKSON, # 158384 | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | 1:06-CV-174-WKW |
| | * | |
| Zack E. is the Administrator at the Coffee County Jail, he is being sued in his indivi.ual and offical capacity. Henry Cockran is the Doctor at the Coffee County Jail, he is being sued in his indivi.ual and offical capacity. | * | |
| Defendants, et. al. | | |

## MOTION FOR EXTENTION OF TIME

Comes Now, Plaintiff, C.W. Jackson, pro-se, and moves this Honorable Court to entertain and grant plaintiff's request for a extention of time based on the following reason:

1). Plaintiff acting Pro-pre, lacking the legal knowledge of a trained attorney, incorrectly stated the defendants in this cause of action, therefore, subjecting his complaint to dismissal before process of service, plaintiff is currently pursuing to file a "motion for leave to amend" also "amendment to complaint" to correct subsequent deficiencies.

Plaintiff respectfully, ask, this Honorable Court to grant his request for an extention of time namely an additional thirty (30) days in the intrest of judicial comity so he can meaningfully object to the magistrate Judge's recommendation to dismiss his complaint for failing to state for suit the correct individual defendants which cause the constitutional/civil right violations for readdress for damages. Done this 16 day of March, of 2006

Respectfully Submitted
C.W. Jackson
C. W. Jackson # 158384

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that I have served the foregoing upon the following Parties, the United States District Court For the Middle District Of Alabama, and defendants Zack E. and Henery Cockran by placing copies in the U.S. Mailbox, properly addressed, with Proper Prepaid Postage. Done this 16 day of MARCH, of 2006.

C.W. Jackson