IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| C.W. JACKSON, #158 384 | * |
| Plaintiff, | * |
| v. | *  1:06-CV-174-WKW |
| COFFEE COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, the court concludes that the motion shall be granted in part and denied in part. Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 7) seeking an additional thirty (30) days to file objections to the March 7, 2006 Recommendation is DENIED; and

2. Plaintiff is GRANTED an additional fourteen (14) days, from March 21, 2006 to April 4, 2006, to file his objections to the March 7, 2006 Recommendation.

Done this 22nd day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE