RECEIVED

2006 APR -6  A 9: 40

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

C. W. JACKSON, #152384          *

    Plaintiff,          *

                     *

V.          *          1:06-CV-174-WKW

Zack E., is the Administrator at          *
the Coffee County Jail, he being          *
sued in his individual and official          *
capacity. Henry S. Cockren, is a          *
doctor who works for the Coffee          *
County Jail, he is being sued in          *
his individual and official capacity.,          *
et. al.,          *
    Defendants.

REPLY/OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

I. PLAINTIFF'S PRIMARY OBJECTION TO

THIS COURT'S RECOMMENDATION TO

DISMISS COMPLAINT WITH PREJUDICE

PRIOR TO SERVICE , Due to an "actual injury sustained under the deliberate

indifference standard."

Rule 15 (a), Federal Rules of Civil Procedure, states in pertinent part: (a)

"... Otherwise a party may amend the party's pleading only by leave

of court or by written consent of the adverse party; and leave

shall be free given when justice requires..."

Rule 15 (c) (3), Federal Rules of Civil Procedure, states in pertinent part:

"(c) Relation Back of Amendments. An Amendment of pleading relates

back to the original pleading when (3) the Amendment changes the

party or the naming of the party against whom a claim is asserted..."

Plaintiff asserts the above Federal Rules leans in his favor, although he

incorrectly stated the Coffee County Jail as a defendant in his initial

complaint therefore, subjecting his complaint to dismissal because a

County Jail is not a legal entity subject to suit, plaintiff avers Rule

15 (a); and Rule 15 (c) (3), Federal Rules of Civil Procedure, affords him

the opportunity to correct such said deficiency by amendment if the

Court determines that the complaint is deficient but capable of

being corrected, before dismissal, prior to service upon the defendant

Cf. University of Hawaii v. Cavetano, 183 F. 3d 1096 (1999); and

Peterson v. Sealed Air Corp., 902 F. 2d 1232 (7th Cir 1990).

2

Plaintiff respectfully, ask, this Honorable Court not to dismiss his complaint, but instead allow him to "amend complaint" to correct aforementioned deficiency pursuant to Rule 15 (a) (c) (3), Federal Rules of Civil Procedure, so another dispositive determination can be made by this Honorable Court based upon the correction in the interest of judicial comity. Done this 2 day of April, of 2006.

Respectfully Submitted,

C.W. JACKSON

3

## DECLARATION UNDER THE PENALTY OF PERJURY

C. W. Jackson, being competent to make this declaration and having personal knowledge of the afore mentioned matters stated therein, pursuant to 28 U.S.C. subsection 1746, I declare under the penalty of perjury that the foregoing is true and correct, Executed on ___4-2-06_____, of 2006.

C.W. JACKSON

C. W. Jackson # 158384

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served this cause of action upon the United States District Court for the Middle District of Alabama, and Magistrate Judge Vanzetta Penn McPherson, by placing a copy of the foregoing in the United States Mail, properly addressed, with proper prepaid postage on this __2_ day of __April_____, of 2006.

C.W. JACKSON

4