IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| C.W. JACKSON, #158 384 | * | |
| Plaintiff, | * | |
| v. | * | 1:06-CV-174-WKW |
| COFFEE COUNTY JAIL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiffs' Motion for Leave to Amend Complaint. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. No. 10) be and is hereby GRANTED. It is further

ORDERED that Plaintiff file his amended complaint on or before April 24, 2006. Plaintiff's amended complaint should:

1. Specifically identify who the named defendants are;[1]

2. Identify specific claims relative to ***actions taken against him*** by the named defendants and list these claims in separate counts;

---

[1] Plaintiff is advised that the Recommendation of the Magistrate Judge entered on March 7, 2006 only recommended dismissal of the Coffee County Jail as this entity is not subject to suit or liability under § 1983. The complaint is currently proceeding against the other defendants named to the original complaint, *i.e.*, Dr. Zack, E. and the County Jail Administrator.

3. Describe with clarity those factual allegations that are material to each specific count against the named defendant(s); and

4. Describe how each named defendant violated *his* constitutional rights.

Plaintiff is hereby advised that the amendment to his complaint must set forth short and plain statements showing why he is entitled to relief and be specific enough to put each defendant on notice of how their conduct allegedly violated Plaintiffs' constitutional rights and should contain only claims relative to actions taken against him by the named defendants. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

Done this 10th day of April 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE