# EXHIBIT A
# Inmate File

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Jackson, Ciw_    Date: _2-2-03_

Receiving Officer: _R. Money_

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | X | |
| Arthritis | | X | |
| Asthma | | X | |
| Diabetes | | X | |
| Epilepsy | | X | |
| Fainting Spells | | X | |
| Heart Condition | | X | |
| Hepatitis | | X | |
| High B/P | | X | |
| Psychiatric Disorder | | X | |
| Seizures | | X | |
| Tuberculosis | | X | |
| Ulcers | | X | |
| Venereal Disease | | X | |
| OTHER | | X | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Jackson Cw_     Date: _2-2-03_

Receiving Officer: _R-Money_

**********

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _N_
Are you currently taking any medications prescribed by a doctor? _N_
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _N_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _X_
Do you regularly use street drugs? _N_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _Y_
Do you have medical insurance? _N_ If yes, with whom? _____
Do you have a personal doctor? _N_ If yes, who is it? _____
If you are female, are you Pregnant? ___
If you are female, do you take birth control pills? ___
If you are female, have you recently delivered? ___
**********

In case of an emergency, who do you want us to contact?
Name: _Lizzie Jackson_ Relationship _Sister_
Address: _____
_____
Phone Number of Emergency Contact: _No phone_

Comments: _____
_____
_____

If any other explanations are needed, please continue on back of this page>>>

**ENTERPRISE POLICE DEPARTMENT**
TRANSPORT SHEET (Coffee County Jail )

DATE: *2-02* , 20 *03*          TIME: *2058* AM/PM

STATUS          STATE_____          FEDERAL_____
                CITY ___✓___             COUNTY_____
                                         (List Division if Coffee)

NAME: *JACKSON*          *C. W*
          LAST              FIRST                    MIDDLE

ADDRESS: *1413 Petty Cir* CITY *Enterprise* ZIP CODE_____

POB: *Enterprise  Al.* SSN: *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* LICENSE_____

AGE: *49*   SEX: *M*   RACE *Blk* WEIGHT *185* HEIGHT *70*

HAIR: *Blk* EYES: *Blk*      DOB: *9-3-53*

ARRESTED? YES: ✓ NO:____      ARRESTING AGENCY: *E.P.D*

TYPE OF ARREST:    WARRANT:_____CALL:_____ON-VIEW: ✓

ARRESTING OFFICER: *AFW*      LOCATION:_____

OFFENSE(S): *Theft of Property*  MISDEMEANOR ✓ FELONY_____
_____ MISDEMEANOR_____FELONY_____
_____ MISDEMEANOR_____FELONY_____

TRANSFERRED FROM: *E.P.D*      HOLD FOR (agency):_____

RELEASE INFORMATION:_____ *$500 Bond*
_____

SENTENCING INFORMATION:_____

COMMENTS:_____

COMPLETED BY: *BRob*_____ BOOKED BY:_____
                              SEARCHED:_____PHOTO_____
                              FINGERPRINTS:_____GREEN CARD_____

Enterprise P.D. Form 96-040

ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail )

DATE: _2-14_ , 20 _03_          TIME: _1607_ AM/PM

STATUS          STATE_____     FEDERAL_____
                CITY _____     COUNTY_____
                                    (List Division if Coffee)

NAME: ___Jackson___ ___Curtis___ _____
            LAST          FIRST          MIDDLE

ADDRESS: _204 White St._ CITY _Enterprise AL_ ZIP CODE _36330_

POB: _Enterprise AL_         SSN: _417-16-586_ LICENSE_____

AGE: _24_ SEX: _M_ RACE _Blk_ WEIGHT _135_ HEIGHT _5' 11"_

HAIR: _Blk_ EYES: _Brn_          DOB: _12-01-78_

ARRESTED? YES: _✓_ NO:___     ARRESTING AGENCY: _EPD_

TYPE OF ARREST:    WARRANT:_____ CALL:_____ ON-VIEW:_____

ARRESTING OFFICER: _Jakel_          LOCATION:_____

OFFENSE(S): _Commit Theft_     MISDEMEANOR _✓_ FELONY_____
            _____         MISDEMEANOR____ FELONY_____
            _____         MISDEMEANOR____ FELONY_____

TRANSFERRED FROM: _EPD._     HOLD FOR (agency):_____

RELEASE INFORMATION: _$2222.00 / 51 DAYS_

_____

SENTENCING INFORMATION:_____

COMMENTS:_____
COMPLETED BY: _Brown_     BOOKED BY:_____
                          SEARCHED:_____ PHOTO_____
                          FINGERPRINTS:_____ GREEN CARD_____

Enterprise P.D. Form 96-040

**ENTERPRISE POLICE DEPARTMENT**
TRANSPORT SHEET (Coffee County Jail )

DATE: _11-01_, 20_03_          TIME: _1724_ AM/PM

STATUS          STATE_____          FEDERAL_____
                CITY ___✓___            COUNTY_____
                                        (List Division if Coffee)

NAME: _JACKSON_          _C.W._          _____
        LAST              FIRST              MIDDLE

ADDRESS: _1314 PETTYGREE_ CITY _Entreprise_ ZIP CODE_____

POB: _Coffee Co, AL_          SSN: _420-80-562_ LICENSE_____

AGE: _50_  SEX: _M_  RACE _BLK_ WEIGHT _170_  HEIGHT _71"_

HAIR: _BLK_  EYES: _BRN_          DOB: _9-3-53_

ARRESTED? YES: _✓_ NO:___          ARRESTING AGENCY: _EPD._

TYPE OF ARREST:      WARRANT:_____ CALL:_____ ON-VIEW: _✓_

ARRESTING OFFICER: _MACDONALD_ LOCATION:_____

OFFENSE(S): _Possof Drug Paraphernat_ MISDEMEANOR _✓_ FELONY_____
            _Reciving Stolen Property_ MISDEMEANOR _✓_ FELONY_____
                                        MISDEMEANOR____ FELONY_____

TRANSFERRED FROM: _E.P.D._          HOLD FOR (agency):_____

RELEASE INFORMATION:_____          _8590, KD_

SENTENCING INFORMATION: _Florida Has An Active Warrant_
        _(F.T.A) And will Extradite_

COMMENTS:_____

COMPLETED BY: _B Ross_          BOOKED BY:_____
                                SEARCHED:_____ PHOTO_____
                                FINGERPRINTS:_____ GREEN CARD_____

Enterprise P.D. Form 96-040

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Jackson    C.W._      Date: _11-1-03_

Receiving Officer: _C. Lamb_

**********

Do you, or have you ever had any of the following?

|  | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies |  | ✓ |  |
| Arthritis |  | ✓ |  |
| Asthma |  | ✓ |  |
| Diabetes |  | ✓ |  |
| Epilepsy |  | ✓ |  |
| Fainting Spells |  | ✓ |  |
| Heart Condition |  | ✓ |  |
| Hepatitis |  | ✓ |  |
| High B/P |  | ✓ |  |
| Psychiatric Disorder |  | ✓ |  |
| Seizures |  | ✓ |  |
| Tuberculosis |  | ✓ |  |
| Ulcers |  | ✓ |  |
| Venereal Disease |  | ✓ |  |
| OTHER |  | ✓ |  |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Jackson, C. W._          Date: _11-1-03_

Receiving Officer: _C. Lamb_
**********

Answer the following questions Y (Yes) or N (No):
Have you recently been hospitalized or treated by a doctor? _N_
Are you currently taking any medications prescribed by a doctor? _N_
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _N_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _Y_
Do you regularly use street drugs? _N_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance? _N_ If yes, with whom?_____
Do you have a personal doctor? _N_ If yes, who is it?_____
If you are female, are you Pregnant?_____
If you are female, do you take birth control pills?_____
If you are female, have you recently delivered?_____
**********

In case of an emergency, who do you want us to contact?
Name: _Talisa Jackson_ Relationship _Sister_
Address:_____

Phone Number of Emergency Contact: _348-2526_
Comments:_____
_____

If any other explanations are needed, please continue on back of this page>>>

I, _Jackson, C.W._ authorize the Jail Staff access to my medical information.

_____          _11-1-03_
Signature                                    Date

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Jackson C.W?_          Date: _1-03-03_

Receiving Officer: _Baxley_

**********

Do you, or have you ever had any of the following?

|  | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies |  | ✓ |  |
| Arthritis |  |  |  |
| Asthma |  |  |  |
| Diabetes |  |  |  |
| Epilepsy |  |  |  |
| Fainting Spells |  |  |  |
| Heart Condition |  |  |  |
| Hepatitis |  |  |  |
| High B/P |  |  |  |
| Psychiatric Disorder |  |  |  |
| Seizures |  |  |  |
| Tuberculosis |  |  |  |
| Ulcers |  |  |  |
| Venereal Disease |  |  |  |
| OTHER |  | ✓ |  |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate:_____        Date:_11-3-03_

Receiving Officer:_____
**********
Answer the following questions Y (Yes) or N (No):
Have you recently been hospitalized or treated by a doctor? _N_
Are you currently taking any medications prescribed by a doctor?___
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _N_
Have you ever attempted suicide, or are you thinking about it at this time?_N_
Do you regularly use alcohol? _Y_
Do you regularly use street drugs? _N_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance? _N_ If yes, with whom?_____
Do you have a personal doctor? _N_ If yes, who is it? _____
If you are female, are you Pregnant?___
If you are female, do you take birth control pills?___
If you are female, have you recently delivered?___
**********

In case of an emergency, who do you want us to contact?
Name:_____ Relationship_____
Address:_____
_____
Phone Number of Emergency Contact:_____
Comments:_____
_____
_____
If any other explanations are needed, please continue on back of this page>>>

I,_____authorize the Jail Staff access to my medical information.

_____        _11-03-03_
Signature                          Date

## ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail)

DATE: _Nov 3_, 20_03_                                TIME: _1340_ AM PM

STATUS          STATE _____          FEDERAL _____
                CITY _Enterprise_              COUNTY _____
                                               (List Division if Coffee)

NAME: _Jackson_                    _C W_
            LAST                          FIRST                    MIDDLE

ADDRESS: _107 Petty Circle_    CITY _Enterprise_ ZIP CODE _36330_

POB: _Enterprise_          SSN: _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_ LICENSE_A_# _3656635_

AGE: _50_  SEX: _M_  RACE _B_  WEIGHT _148_  HEIGHT _5-08_

HAIR: _BLK_  EYES: _BRO_          DOB: _09-03-53_

ARRESTED? YES: _X_ NO: ___          ARRESTING AGENCY: _EPD_

TYPE OF ARREST:      WARRANT: _____  CALL: _X_  ON-VIEW: _✓_

ARRESTING OFFICER: _Haglund_          LOCATION: _200 Block Sunny South_

OFFENSE(S): _Theft of Property_    MISDEMEANOR _X_ FELONY _____
            _Resisting Arrest_     MISDEMEANOR ____ FELONY _____
            _____      MISDEMEANOR ____ FELONY _____

TRANSFERRED FROM: _____ HOLD FOR (agency): _____

RELEASE INFORMATION: _$500 standard per offense_    ·
_____

SENTENCING INFORMATION: _____
_____

COMMENTS: _____

COMPLETED BY: _Haglund_                BOOKED BY: _____
                              SEARCHED: _____ PHOTO _____
                              FINGERPRINTS: _____ GREEN CARD _____

Enterprise P.D. Form 96-040

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _C.W. Jackson_                Date: _12-13-2003_

Receiving Officer: _Holland_

**********
Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | X | |
| Arthritis | | X | |
| Asthma | | X | |
| Diabetes | | X | |
| Epilepsy | | X | |
| Fainting Spells | | X | |
| Heart Condition | | X | |
| Hepatitis | | X | |
| High B/P | | X | |
| Psychiatric Disorder | | X | |
| Seizures | | X | |
| Tuberculosis | | X | |
| Ulcers | | X | |
| Venereal Disease | | X | |
| OTHER | | X | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _C. w. Jackson_     Date: _12-73-2007_

Receiving Officer: _O. Holland_     **********

Answer the following questions Y (Yes) or N (No):
Have you recently been hospitalized or treated by a doctor? _N_
Are you currently taking any medications prescribed by a doctor? _N_
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _Y_ _Injuried leg_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _N_
Do you regularly use street drugs? _N_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance?___ If yes, with whom?_____
Do you have a personal doctor?___ If yes, who is it?_____
If you are female, are you Pregnant?___
If you are female, do you take birth control pills?___
If you are female, have you recently delivered?___
**********

In case of an emergency, who do you want us to contact?
Name:_____ Relationship_____
Address:_____
_____
Phone Number of Emergency Contact:_____
Comments:_____
_____
_____
If any other explanations are needed, please continue on back of this page>>>

I, _____ authorize the Jail Staff access to my medical information.

_____     _____
Signature                    Date

ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail)

DATE: 12/13 , 2003          TIME: ___ AM PM

STATUS        STATE _____       FEDERAL _____
              CITY Enterprise      COUNTY _____
                                   (List Division if Coffee)

NAME: Jackson                     O. W.
           LAST                    FIRST                    MIDDLE

ADDRESS: 131 Petty CR      CITY Enterprise   ZIP CODE 36330

POB: Enterprise            SSN: 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  LICENSE 3656635

AGE: 50  SEX: M  RACE B  WEIGHT 145  HEIGHT 5'08"

HAIR: BLK    EYES: BRO          DOB: 09/10/53

ARRESTED? YES: X  NO: ___   ARRESTING AGENCY: Enterprise Police Dept

TYPE OF ARREST:     WARRANT: _____  CALL: X  ON-VIEW: X

ARRESTING OFFICER: Nathan Answold  LOCATION: _____

OFFENSE(S): Theft of property III     MISDEMEANOR X  FELONY ____
            drug paraphernalia        MISDEMEANOR X  FELONY ____
            giving false identity to officer  MISDEMEANOR ____ FELONY X
            justice
TRANSFERRED FROM: SPD          HOLD FOR (agency): _____

RELEASE INFORMATION: _____

SENTENCING INFORMATION: _____

COMMENTS: _____

COMPLETED BY: Answold          BOOKED BY: _____
                               SEARCHED: _____  PHOTO _____
                               FINGERPRINTS: _____  GREEN CARD _____

Enterprise P.D. Form 96-040

2

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

**Grievance Form**

Your Name: CW. Jefferson

Date of Incident Leading to Complaint: 1-27-2004

**STATEMENT:** This Doctor Look At my Feet
And said he never seen nothing like That in
his life. He said he would let me see That
in se For 1 week Then Bring me Back But
I know that they washed and he did to
it was not going to work that day they was
not going to wants this out the Back in say
they will say they take me to the Doctor then
then they would care about me no more
my feet is crack open and hurt when I walk
But no one here cares ok I am going
to do what I got to do here my
people know about all of this here
some one will see I lay here real

List of Witnesses, if any: (Emmitt Jones)
2 Joe Chism
3 M. Townsend
4 Sean Balkon

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see
it gets to the Jail Administrator.

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

**Grievance Form**

Your Name: _C.W. JACKCO_____

Date of Incident Leading to Complaint: _2-7-2004_____

**STATEMENT:** I BEEN WRITING BECOUS I BEEN
Bit BY A SPIDER IN MY CELL AND It DID,t
DOEY ANYthing DONE 4 Day It TRYING
to Stop them I Let ALL the people
here know that it is wou hold stop on
Cut Back help DID Do Nothing at ALL.
I GOt hit ON MY plays part AND It Look
Like it is Rottin off. I tRY to tell some
of these _____ Nurse's AND they tell me
there Nothing they can Do I Want to see
the Doctor And he was Do the _____
he told me _____ the Nurse The Nurse
_____ I don,t know clous And the _____
_____ It DID Not EVEN GIVE ME Nothing FOR
PAIN. NOW It 2-3-DAY I GOt A hold ON the Side ven PAINS
AND IN
List of Witnesses, if any:_____
1 Emmilt Jones
2 Joe Chism  3 Martin Townsed
4 Loan Baldwin

Place Grievance in an envelope,  your name on outside of envelope, and give to CO who will see
it gets to the Jail Administrator.
                    AND the _____ JAILER
HERE Klow About All Of this Too.

# COFFEE COUNTY (ALA.) JAIL
## PATIENT RECORD

Name _C.W. Jackson_

Address _____  Age _____  Sex _Male_  Date _1-28-04_  Time _1330_ (A.M.) P.M.

☒ County Prisoner    ☐ State Prisoner    ☐ Other _911/04_  _120/76_

**Complaint:** _Dr. accept to work site to been evaluated_
_next Wednesday, chest/back/nape/stomach, BP, C.P. thru day_
_able to have problem of pain_

**History of Complaint:** _____

**Doctor Impression:** _Gastritis_
_Dizzy, skin + feet_

**Treatment:** _Tapezol 0 15 2 b.i.f._
_Mae surge (cream) scungfegen_
_buf._
_Recheck 3 weeks_

_____
Doctor Signature

Quality Printing Co.



## COFFEE COUNTY JAIL
## BEN MOATES, SHERIFF
## ZACK ENNIS, ADMINISTRATOR
phone: 334-894-5535
fax: 334-894-6231

## MEDICAL TRANSPORT SHEET

Date: 1-28-04

Name of Inmate: C.W. Jackson

Reason for Medical Care: Dr. Appt.

_____

_____

Transported From: Coffee County Jail

Transported To: Dr Cochran

Time of Transport: 1330

Transporting Officer: D. Cipen

## Inmate Classification (Check One)

Federal_____
State_____
County ✓
(City) Enterprise____ Elba____ New Brockton____ Kinston_____

*This form to be completed for each inmate receiving any medical treatment

Copy



Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

## BLOOD PRESSURE RECORD

Name of Inmate: C, W, Jackson

| Date | Time | PRESSURE | PULSE | Sign of Inmate | Sign of CO |
|------|------|----------|-------|----------------|------------|
| 1-28 | 0P | 171/9P | 10-3 | | *signature* |
| | | | | C.W. Jacksxi | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**COFFEE COUNTY JAIL**

**ACA STANDARD FORM 2-2133**

**MEDICATION SHEET**

FEDERAL _____
STATE _____
COUNTY __ 4 __
CITY _____

CB __ 2 __

G.W. Jackson

Approximate-sone cream 25% is apply 2x daily (w/out cooking)

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|-----|-------------|---------------|--------------------|--------------------|
| 1-28 | 04 | 1545 | 1 Tube | C.W. Jackson | fail |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

# COFFEE COUNTY (ALA.) JAIL
## PATIENT RECORD

Name: _Jackson, C.W._

Address: _____ Date _6-30-04_ Time _1520_ A.M. P.M.

☒ County Prisoner   ☐ State Prisoner   ☐ Other _____

Age: _____   Sex: _Male_

Complaint: _Doctor Appt._

History of Complaint: _____

Doctor Impression: _____

Treatment: _____

Doctor Signature _____

Quality Printing Co.



COFFEE COUNTY JAIL
BEN MOATES, SHERIFF
ZACK ENNIS, ADMINISTRATOR
phone: 334-394-5535
fax: 334-894-6231

MEDICAL TRANSPORT SHEET

Date: 6-30-04

Name of Inmate: C.W. Jackson

Reason for Medical Care: DENTIST APPT.

Transported From: COFFEE COUNTY JAIL

Transported To: DR. FARRO

Time of Transport: 1330

Transporting Officer: D. CUBED

Inmate Classification (Check One)

Federal _____
State _____
County ✔
(City) Enterprise _____ Elba _____ New Brockton _____ Kinston _____

*This form to be completed for each inmate receiving any medical treatment



COFFEE COUNTY JAIL

BEN MOATES, SHERIFF

ZACK ENNIS, ADMINISTRATOR

phone: 334-394-5535

fax: 334-864-6231

MEDICAL TRANSPORT SHEET

Date: 6-30-04

Name of Inmate: C.W. Jackson

Reason for Medical Care: Dentist Appt.

_____

_____

Transported From: Coffee County Jail

Transported To: Dr. Farro

Time of Transport: 1330

Transporting Officer: D. Cooen

## Inmate Classification (Check One)

Federal _____

State _____

County ✔

(City) Enterprise _____ Elba _____ New Brockton _____ Kinston _____

*This form to be completed for each inmate receiving any medical treatment

# COFFEE COUNTY (ALA.) JAIL
## PATIENT RECORD

Name JACKSON Curtis.    Date 6-30-04    Time 1320    A.M. / P.M.

Address _____    Age _____    Sex MALE

☒ County Prisoner    ☐ State Prisoner    ☐ Other _____

Complaint: DOESN'T FART

_____

History of Complaint: _____

Doctor Impression: _____

_____ Doctor Signature

Treatment:

Quality Printing Co.

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

FEDERAL _____

STATE _____

COUNTY _C_

CITY _____

CB _2_

C.W. JACKSON

HYDROCODONE 10

1 TAB 4x DAILY

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|-----|-------------|---------------|--------------------|--------------------|
| 6-30 | 04 | 1500 | 1 TAB | W.A. Jackson | R. Cope |
| 6-30 | 04 | 2200 | 1 TAB | C.W. Jackson | N.T |
| 7-1 | 04 | 080 | 1 tab | C.W. Jackson | W.C. |
| 7-1 | 04 | 120 | 1 tab | out of refill | out of refill |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT W/NO REFILL _7-1-04_

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

INTAKE SHEET

Date **02-07-0** _____

Time: _____

Status: ST_____ FED _____ CITY _____ COUNTY _____ COFFEE CO: (Ent Div) Elba Div

Name: **JACTSON** _____ **C.W.** _____ _____ SS#: **920 - 80 - 5677**
Last                First                Middle

Address: **107 Petty Cir. Epris. A A) 36330**
Street                City                State        Zip Code

DOB: **09 / 03 / 53** POB: **Eprise    Coffee    A/** _____
City        County      State      Country

Age: **50** Race: **B** Sex: **M** Hair: **Blk** Eyes: **Brn** Weight: **185** Height: **5' 20"**

License or ID #: _____

Arresting Agency: **CCSD** Arresting Officer: **J Petty** Location of Arrest: **Epris**

Type of Arrest: Warrant **✓** Call _____ View _____

| Offense | Mis | Fel | Bond |
|---|---|---|---|
| 1-- **Willfull Failuer R-** | | | **$500.00** |
| 2-- | | | |
| 3-- | | | |
| 4-- | | | |

HOLDS: _____    INTAKE SHEET NUMBER

_____

_____

This form completed by: **J Petty**

Booked by: _____ Searched Y/N    Photo Y/N    FPs Y/N    Green Card Y/N

Comments: _____

_____

_____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Jackson, C.W._          Date: _9-19-2004_

Receiving Officer: _Manley_

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | X | |
| Arthritis | | X | |
| Asthma | | X | |
| Diabetes | | X | |
| Epilepsy | | X | |
| Fainting Spells | | X | |
| Heart Condition | | X | |
| Hepatitis | | X | |
| High B/P | | X | |
| Psychiatric Disorder | | X | |
| Seizures | | X | |
| Tuberculosis | | X | |
| Ulcers | | X | |
| Venereal Disease | | X | |
| OTHER | | X | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Jackson C. W._                Date: _9-19-2004_

Receiving Officer: _Huunly_
****************

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _N_
Are you currently taking any medications prescribed by a doctor? _N_
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _N_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _N_
Do you regularly use street drugs? _N_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance? _N_ If yes, with whom?_____
Do you have a personal doctor? _N_ If yes, who is it?_____
If you are female, are you Pregnant?_____
If you are female, do you take birth control pills?_____
If you are female, have you recently delivered?_____
****************

In case of an emergency, who do you want us to contact?

Name:_____ Relationship_____

Address:_____

_____

Phone Number of Emergency Contact:_____

Comments:_____

_____

_____

If any other explanations are needed, please continue on back of this page>>>

I, _____ authorize the Jail Staff access to my medical information.

_____        _____
Signature                       Date

C.W. Jackson

DESOXIMETHASONE CR .25%

Apply 2x Daily

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-----|-----|-----|-----|
| 2-10 | 04 | 1200 | 1 Tube | C.W. Jackson | Es Money |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2113

MEDICATION SHEET

CB 2

FEDERAL _____

STATE _____

COUNTY ✓

CITY _____

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail)

DATE: 9-19  20 04          TIME: 2:14 AM PM

STATUS        STATE_____          FEDERAL_____
              CITY _____          COUNTY_____
                                    (List Division if Coffee)

NAME: JACKSON                    C. W
           LAST                  FIRST              MIDDLE

ADDRESS: 131 Petty Circle CITY Enterprise AL ZIP CODE _____

POB: Enterprise AL  SSN: 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 LICENSE _____

AGE:_____ SEX: M RACE BLK WEIGHT 170 HEIGHT @ 71

HAIR: BLK EYES: BRN        DOB: 9-3-53

ARRESTED? YES: ✓ NO:___    ARRESTING AGENCY: EPD

TYPE OF ARREST:    WARRANT:_____ CALL:_____ ON-VIEW: ✓

ARRESTING OFFICER: WATSON LOCATION:_____

OFFENSE(S): BURGLARY III MISDEMEANOR____ FELONY ✓
_____ MISDEMEANOR____ FELONY____
_____ MISDEMEANOR____ FELONY____

TRANSFERRED FROM: EPD      HOLD FOR (agency):_____

RELEASE INFORMATION:_____ Bond Set By Judge
_____

SENTENCING INFORMATION:_____
_____

COMMENTS:_____

COMPLETED BY: J Brooks ___ BOOKED BY:_____
                    SEARCHED:_____ PHOTO_____
                    FINGERPRINTS:_____ GREEN CARD_____

Enterprise P.D. Form 96-040



**COFFEE COUNTY JAIL**
**BEN MOATES, SHERIFF**
**ZACK ENNIS, ADMINISTRATOR**
phone: 334-894-5535
fax: 334-804-6231

*Copy*

**MEDICAL TRANSPORT SHEET**

Date: _12 - 21 - 04_

Name of Inmate: _C. W. Jackson_

Reason for Medical Care: _Dr. Appt._

_____

_____

Transported From: _Coffee Co. Jail_

Transported To: _Dr. Cochran_

Time of Transport: _0940_

Transporting Officer: _S. Roberts_

## Inmate Classification (Check One)

Federal_____
State_____
County __X__
(City) Enterprise_____ Elba_____ New Brockton_____ Kinston_____

*This form to be completed for each inmate receiving any medical treatment

# COFFEE COUNTY (ALA.) JAIL

## *PATIENT RECORD*

Name C.W. JACKSON Date 12-21-04 Time 10:00 (A.M.) P.M.

Address ______ Age ______ Sex Male

☑ County Prisoner ☐ State Prisoner ☐ Other DKDA 130/96

Complaint: Wants a check-up. IM states has Prostate Cancer dx x1 yr ago. Feets dry & cracked.

History of Complaint:

Doctor Impression: Hypertension

Treatment:
1) PSA drawn
2) Warm soaks to feet bid
3) [illegible]
4) [illegible]

[illegible]
Doctor Signature

Quality Printing Co.

# HENRY S. COCHRAN, M.D.

OFFICE
1208 HIGHLAND DRIVE
ELBA, ALABAMA 36323

DEA NO. AC7370606
ALA. REG. NO. 7628

OFFICE PHONE
897-3416

For _C.W. Jackson_

Address _____ 12/21/04

℞

LABEL ALL RX'S

REFILL  0  1  2  3  4  5

_____ M.D.
PRESCRIPTION SUBSTITUTION PERMITTED

_____ M.D.
DISPENSE AS WRITTEN

C. W. JACKSON

Coffee County Jail
New Brockton, AL.

Faxed
12-21-04

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

FEDERAL _____
STATE _____
COUNTY _____
CITY _____

CB ___ 2 ___

C. W. Jackson
Vaseline Pet Jelly
1 Jar

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|-----|-------------|----------------|----------------------|----------------------|
| 2-22-04 | 04 | 1200 | 1 Jar | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

CB _____ 2

FEDERAL _____
STATE _____
COUNTY _____
CITY _____

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-----------|----------------|--------------------|--------------------|
| 2-27 | 04 | 1000 | 1 Foot File | | |

C. W. Jourdan
Foot File
1 - Foot File

FHS

FHS L. E. Clark

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

# MEDICATION INFORMATION FORM    FACILITY/CODE: COFFEE CO JAIL (AL)(CF)
### PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Jackson    FIRST NAME: C. W.

CIRCLE ONE: CITY (COUNTY) STATE  FEDERAL

BILL TO:
(IF DIFFERENT ACCOUNT)
ALIAS IF KNOWN:

SS #:

ALLERGY:

BOOK IN #:

BIRTHDATE:

CELL BLOCK:

INS #:

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|-----------|----------|------------|-----------|---------------|------------|------|---------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

REORDER

R.N./L.P.N. SIGNATURE:

M.D. SIGNATURE: S. Rahuta  12-28-0

IFORM:2MED INFO FORM CUSTOM Z0011XXC

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, NOR THE INTENDED RECIPIENT'S EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC., IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL THE ABOVE.

IHS Pharmacy

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax:    1(800)638-9459

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

CB ___2___

FEDERAL _____

STATE _____

COUNTY _____

CITY _____

C.W. Jordan

Vaseline Pet Jelly

1 Jar

IHS

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-------------|---------------|--------------------|--------------------|
| 2-29-04 | 04 | 1200 | 1 Jar | C.W. Jordan | IHS S. Rowe |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

# MEDICATION INFORMATION FORM    FACILITY/CODE: COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: **Jackson**                    FIRST NAME: **C. W.**

CIRCLE ONE: CITY  (COUNTY)  STATE  FEDERAL

BILL TO:

(IF DIFFERENT ACCOUNT)

ALIAS IF KNOWN:

SS #:

ALLERGY:

BOOK IN #:

INS #:

BIRTHDATE:

CELL BLOCK:

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|-----------|----------|------------|-----------|---------------|------------|------|---------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| REORDER |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

R.N./L.P.N. SIGNATURE:

M.D. SIGNATURE: _S. Rawls_   1-10-05

THIS INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC. IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-

IHS Pharmacy

FORM SID INFO FORM CUSTOM 26/120C

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone:  1(800)638-3104
Fax:    1(800)638-9459

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

FEDERAL _____
STATE _____
COUNTY _____
CITY _____

CB __2__

C. W. Jackson

Vaseline Pet Jelly

1 - Jar

IHS

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-------------|---------------|--------------------|---------------------|
| 11-05 | 05 | 1000 | 1 Jar | | IHS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

# Foot soaking Log

Name of Inmate: C. W. Jackson

| Date | Time | Sign of Inmate | Sign of CO |
|---|---|---|---|
| 12/23/04 | 1335 | C.W. Jackson | S. Roberts |
| 12/24/04 | 1355 | C.W. Jackson | D. Cipen |
| 12-27-04 | 1245 | C.W. Jackson | S. Roberts |
| 12-28-04 | 1310 | C.W. Jackson | S. Roberts |
| 12-28-04 | 1810 | C.W. Jackson | M. Tolbert |
| 12-29-04 | 1240 | C.W. Jackson | S. Roberts |
| 12-29-04 | 1930 | C.W. Jackson | M. Tolbert |
| 12/29/04 | 1855 | C.W. Jackson | M. Tolbert |
| 12/31/04 | 1220 | C.W. Jackson | D. Cipen |
| 1-1-05 | 1255 | C.W. Jackson | S. Roberts |
| 1-3-05 | 1240 | C.W. Jackson | S. Roberts |
| 1-3-05 | 1945 | C.W. Jackson | Khodie |
| 1-4-05 | 1300 | C.W. Jackson | S. Roberts |
| 1-11-05 | 3:13 | C.W. Jackson | D. Cipen |
| 1-12-05 | 1250 | C.W. Jackson | S. Roberts |
| 1-15-05 | 0800 | C.W. Jackson | D. Cipen |
| 1-17-05 | 1240 | C.W. Jackson | S. Roberts |
| 1-18-05 | 1355 | C.W. Jackson | D. Cipen |
| 1-19-05 | 1225 | C.W. Jackson | D. Cipen |
| 1-21-05 | 1302 | C.W. Jackson | D. Cipen |

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

# Foot soaking Log

Name of Inmate: _C.W. Jackson_

| Date | Time | Sign of Inmate | Sign of CO |
|------|------|----------------|------------|
| 1/23 | 2615 | Nancy for CW | Nancy |
| 1/25 | 1234 | CW. Jackson | Wade R |
| 1/26/05 | 1334 | CW. Jackson | D. Open |
| 1/27/05 | 0552 | CW. Jackson | D. Open |
| 1/30/05 | 1520 | CW. Jackson | Wade R |
| 1/31/05 | 1446 | K. | |
| 1/31/05 | 1524 | K. | |
| 2-4-05 | 1305 | CW. Jackson | S. Roberts |
| 2/7/05 | 1305 | CW Jackson | C.Boyd |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## COFFEE COUNTY (ALA.) JAIL
### PATIENT RECORD

Name C. W. Jackson  Date 3-11-05  Time 1030 A.M. / P.M.

Address _____  Age 51  Sex Male

☒ County Prisoner  ☐ State Prisoner  ☐ Other _____

Complaint: _____

_____

History of Complaint: _____

_____

Doctor Impression: _____

Treatment:  Robert 10/2/yo D.A.

#10 Ext

#5 Med Arm

_____
Doctor Signature

Quality Printing Co.



**COFFEE COUNTY JAIL**
**BEN MOATES, SHERIFF**
**ZACK ENNIS, ADMINISTRATOR**
phone: 334-894-5535
fax: 334-804-6231

### MEDICAL TRANSPORT SHEET

Date: 3-11-05

Name of Inmate: C. W. Jackson

Reason for Medical Care: Dentist Appt.

_____

_____

Transported From: Coffee County Jail

Transported To: Dr. Farris

Time of Transport: 10:00

Transporting Officer: D. Copen

### Inmate Classification (Check One)

Federal_____
State_____
County ✕
(City) Enterprise_____Elba_____New Brockton_____Kinston

*This form to be completed for each inmate receiving any medical treatment

COFFEE COUNTY JAIL
VCA STANDARD FORM 24-123
MEDICATION SHEET

FEDERAL ☐
STATE ☐
COUNTY ☒

CITY

CB __2__

C.W. Snowden
Hydrocodone 10
1 Tab 4x Daily

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-----------|--------------|-------------------|--------------------|
| 3-11 | 05 | 1100 | 1 Tab | | |
| 3-11 | 05 | 1600 | 1 Tab | | |
| 3-11 | 05 | 2200 | 1 Tab | | |
| 3-12 | 05 | 0515 | 1 Tab | C.W. Snowden out | |

THIS AMOUNT USED 3-10-05




Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

## BLOOD PRESSURE RECORD

Name of Inmate: _C. W. Jackson_

| Date | Time | PRESSURE | PULSE | Sign of Inmate | Sign of CO |
|------|------|----------|-------|----------------|------------|
| 4/29/05 | 0100 | 167/108 | 8½ | C. W. | |
| 4/30 | 1905 | 150/110 | | C.W. Jackson | Maley |
| 4/30 | 2015 | 130/96 | | C.W. Jackson | Waley |
| 8/1 | 1650 | 162/103 | 79 | CW Jackson | |
| 5/2 | 1980 | 151/100 | 90 | CW Jackson | |
| 5/3 | 2045 | 163/106 | 81 | CW Jackson | |
| | | 146/94 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## COFFEE COUNTY (ALA.) JAIL
### PATIENT RECORD

Name _C. W. Gibson_     Date _6-2-05_     Time _10:10_  A.M.  P.M.

Address _____     Age _____ Sex _M_

☑ County Prisoner   ☐ State Prisoner   ☐ Other _____

Complaint: _Tooth ache._

History of Complaint: _____

Doctor Impression: _____

Treatment: _____

#18 _____

Doctor Signature

Quality Printing Co.





## COFFEE COUNTY JAIL
### BEN MOATES, SHERIFF
### ZACK ENNIS, ADMINISTRATOR
phone: 334-894-5535
fax: 334-804-6231

## MEDICAL TRANSPORT SHEET

Date: _6-2-05_

Name of Inmate: _C. W. Jackson_

Reason for Medical Care: _Toothache_

Transported From: _Coffee Co. Jail_

Transported To: _Dr. Faur (Elba)_

Time of Transport: _10:00 am_

Transporting Officer: _C. Biggs_

## Inmate Classification (Check One)

Federal_____
State_____
County ✓
(City) Enterprise_____ Elba_____ New Brockton_____ Kinston_____

*This form to be completed for each inmate receiving any medical treatment

## COFFEE COUNTY (ALA.) JAIL
### PATIENT RECORD

Name CW. Jackson                Date 6/14/05                Time 1300   A.M. / P.M.

Address _____        Age _____   Sex Male

☑ County Prisoner   ☐ State Prisoner   ☐ Other

Complaint: Decides Appt.

History of Complaint: _____

Treatment: # 18 Goldville Dentist

Doctor Impression:

_____
Doctor Signature

Quality Printing Co.



## COFFEE COUNTY JAIL
## BEN MOATES, SHERIFF
## ZACK ENNIS, ADMINISTRATOR

phone: 334-894-5535
fax: 334-804-6231

### MEDICAL TRANSPORT SHEET

Date: 6/14/05

Name of Inmate: C.W. Jackson

Reason for Medical Care: Dentist Appt.

Transported From: Coffee County Jail

Transported To: Dr. Ferro

Time of Transport: 1300

Transporting Officer: D Cipen

## Inmate Classification (Check One)

Federal _____
State _____
County ✔
(City) Enterprise_____ Elba_____ New Brockton_____ Kinston_____

*This form to be completed for each inmate receiving any medical treatment

# COFFEE COUNTY (ALA.) JAIL
## PATIENT RECORD

Name: C.W. Jackson

Date: 6-28-05    Time: 1300    A.M. / P.M.

Address _____    Age _____    Sex: Male

☑ County Prisoner    ☐ State Prisoner    ☐ Other

Complaint: Doctors Appt.

History of Complaint: _____

_____

_____

_____

Doctor Impression: _____

_____

Treatment: _____

_____

Doctor Signature _____

Quality Printing Co.

**COFFEE COUNTY JAIL**
**BEN MOATES, SHERIFF**
**ZACK ENNIS, ADMINISTRATOR**

phone: 334-894-5535
fax: 334-894-0231

**MEDICAL TRANSPORT SHEET**

Date: 6/28/05

Name of Inmate: C.W. Jackson

Reason for Medical Care: Dentist Appt.

Transported From: Coffee County Jail

Transported To: Dr. Farris

Time of Transport: 1300

Transporting Officer: D. Capen

**Inmate Classification (Check One)**

Federal ___
State ___
County ✓
(City) Enterprise ___ Elba ___ New Brockton ___ Kinston

* This form to be completed for each inmate receiving any medical treatment

# COFFEE COUNTY JAIL

## ACA STANDARD FORM 2-2133

### MEDICATION SHEET

NAME: C. W. Jackson

MEDICATION: Hydrocodone

RX INSTRUCTIONS: Tab 4 x a Day

CELLBLOCK: D

FEDERAL:

STATE:

COUNTY:

CITY:

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 9/18 | 2005 | 1800 | 1 Tab | Glu | Toulet | MT |
| 9/25 | 2005 | 2280 | 1 Tab | W. Jackson | | RT |
| 9/29 | 2005 | 1300 | 1 Tab | W. Jackson | C/O Clemons | USC |
| 9/30 | 2005 | 1300 | 1 Tab | C. W. Jackson | S. Oden | USC |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

# COFFEE COUNTY (ALA.) JAIL
## PATIENT RECORD

Name C. W. Johnson

Address _____ Date 8-10-05 _____ Time 1430 (AM/PM)

☒ County Prisoner   ☐ State Prisoner   ☐ Other _____ Age _____ Sex Male

Complaint: Dentist Appt.

History of Complaint: _____
_____
_____
_____
_____
_____

Doctor Impression: _____

Treatment: # 5 X-ray
No App

_____
Doctor Signature

Quality Printing Co.



**COFFEE COUNTY JAIL**

**BEN MOATES, SHERIFF**

**ZACK ENNIS, ADMINISTRATOR**

phone: 334-894-5535
fax: 334-804-6231

**MEDICAL TRANSPORT SHEET**

Date: 8/10/05

Name of Inmate: C.W. Jackson

Reason for Medical  Care: Dentist Appt.

Transported From: Coffee County Jail

Transported To: Dr. Farris

Time of Transport: 1430

Transporting Officer: D. Cupri

## Inmate Classification (Check One)

Federal_____
State_____
County ✓
(City) Enterprise____Elba____New Brockton____Kinston

*This form to be completed for each inmate receiving any medical treatment

```
A08959                    ALABAMA JUDICIAL DATA CENTER       COPY
                                  COFFEE COUNTY
                               TRANSCRIPT OF RECORD
                               CONVICTION REPORT

                                                    CC 2005 000557 00 01
                                                    ROBERT W BARR

  CIRCUIT COURT OF COFFEE COUNTY                     COURT ORI: 031005 J

  STATE OF ALABAMA      VS.                          CC NO: CC 2005 000557.00
  JACKSON C W                    ALIAS:              D J:
  1314 PETTY CIRCLE              ALIAS:              SSN:    420805477
  ENTERPRISE  AL  36330                              SID:   000000000
                                                     AIS:   193384

  DOB:  09/03/1483   SEX: M   HT: 5 11    WT: 170   HAIR: BLK    EYE: BRO
  RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____

  DATE OFFENSE: 05/18/2004   ARREST DATE: 06/13/2005   ARREST ORI: 0150200

  CHARGES & CONV    CITES          CT CL COURT ACTION              CA DATE
  BURGLARY 3RD DEGRE 13A-007-007   0. C GUILTY PLEA              05/01/2005
                                   00                           00/00/0000
                                   00                           00/00/0000

  JUDGE: ROBERT W BARR              PROSECUTOR: ANDERSON THOMAS TREUTLEN

  PROBATION APPLIED   GRANTED  DATE     REARRESTED  DATE  REVOKED  DATE
  (X)Y( )N 09012005 ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

  15-18-8. CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
  (X)Y( )N  CONFINEMENT:  03 00 000   12 00 000   15 00 000   00 00 012
            PROBATION  :  03 00 000               03 00 000
  DATE SENTENCED: 09/01/2005   SENTENCE BEGINS: 09/01/2005

  PROVISIONS           COSTS RESTITUTION            DUE         ORDERED

   PENITENTIARY       RESTITUTION            $1064.31       $1064.31
   CONCURR SENT       ATTORNEY FEE              $0.00          $0.00
   HABITUAL OFOR      CRIME VICTIMS          $350.00        $350.00
   SPLIT SENTENC      COST                   $309.00        $309.00
   DOC/SAPP PGM       FINE                     $0.00          $0.00
                      MUNICIPAL FEES           $0.00          $0.00
                      DRUG FEES                $0.00          $0.00
                      ADDTL DEFENDANT          $0.00          $0.00
                      DA FEES                  $0.00          $0.00
                      COLLECTION ACCT          $0.00          $0.00
                      JAIL FEES                $0.00          $0.00

                      TOTAL                  $1423.31       $1423.31

  APPEAL DATE       SUSPENDED       AFFIRMED        REARREST
  ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

  REMARKS:                          THIS IS TO CERTIFY THAT THE
                                    ABOVE INFORMATION WAS EXTRACTED
                                    FROM OFFICIAL COURT RECORDS
  COPY OF ORDER ATTACHED            AND IS TRUE AND CORRECT.


                                    original /signed
                             JAMES M COUNTS

                             09/13/2005

OPERATOR: DEC
PREPARED: 09/13/2005
```

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA

ENTERPRISE DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| | * | |
| PLAINTIFF, | * | CASE NO.:    CC 2005-357 |
| | * | |
| VS. | * | |
| | * | |
| C. W. JACKSON, | * | |
| | * | |
| DEFENDANT. | * | |
| | * | |

## *SENTENCE ORDER*

Defendant, C. W. Jackson, appeared before the Court and was represented by Joe Sawyer, Attorney at Law. The State was represented by Tom Anderson, Assistant District Attorney, State of Alabama.

At Defendant's request, the Defendant was allowed to withdraw Defendant's earlier plea and to be re-arraigned.

On arraignment, Defendant entered a plea of *GUILTY* to Burglary Third Degree in violation of Title 13A-7-7 of the Code of Alabama, 1975, as charged in the indictment.

The Court conducted a colloquy with the Defendant and did ascertain that the Defendant made a knowledgeable, intelligent, and a voluntary plea and that a factual basis exists sufficient to substantiate said plea.

Defendant is pronounced and declared *GUILTY* of Burglary Third Degree, in violation of Title 13A-7-7 of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama.

Defendant was then:

(1) Afforded an opportunity to make a statement in Defendant's own behalf before sentencing and was further asked if Defendant had anything to say as to why the sentence of the law should not be imposed;

(2) Given an opportunity to present evidence as to any matter probative in the issue of sentence and/or facts in mitigation of any penalty that is to be imposed.

The State was then afforded an opportunity to present evidence as to any matter probative to the issue of sentence and/or facts in aggravation or mitigation of any penalty that is to be imposed.

The State offered evidence pursuant to the Habitual Felony Offender Act that the Defendant has four (4) proper prior felony convictions and upon offer of evidence this Court finds that the Defendant has been previously convicted of the following proper prior felony conviction: (1) and (2) Case Number CC 90-10, Circuit Court of Geneva County, Alabama, two (2) counts of Robbery Third Degree, date of sentence: March 8, 1990; (3) and (4) Case Number CC 1990-11, Circuit Court of Geneva County, Alabama, Burglary Third Degree and Theft Second Degree, date of sentence, March 8, 1990.

After considering the arguments of the parties and any evidence presented,

IT IS ORDERED that for Defendant's conviction of Burglary Third Degree, C. W. Jackson is hereby sentenced to serve fifteen (15) years in the Penitentiary, State of Alabama.

The Defendant's sentence is suspended and the Defendant is placed on SUPERVISED PROBATION for a period of three (3) years; however, as a first condition of probation, the Defendant shall serve a period of three (3) years in the custody of the Commissioner of the Department of Corrections. While the Defendant is incarcerated he shall be placed in and shall complete an alcohol rehabilitation program or a substance abuse program.

The sentence imposed herein shall run CONCURRENT with any other sentence the Defendant is presently serving.

The Defendant is given credit for any time the Defendant has already served while awaiting trial and/or disposition in this case. The Defendant is given credit for time served.

As an additional part of Defendant's sentence, the Defendant is hereby *ORDERED* to pay to the Circuit Clerk of this Court the costs of Court, the Defendant is *ORDERED* to pay $50.00 to the Clerk of the Court, which sum is to be distributed by the Clerk to the Alabama Crime Victims Compensation and is *ORDERED* to reimburse the State for any attorney fees the State is caused to pay out due to the Defendant's representation herein. The Defendant is *ORDERED* to pay to the Clerk of the Court restitution in the amount of $1,064.31 which shall be made payable to Best Yet Foods.

The payment of the above is to be made in the heretofore-listed order and is to be made a condition of probation, parole, or other early release. If the Defendant fails to make any monthly payment within ten (10) days of the date due, then the entire unpaid balance immediately becomes due and payable.

Should the Defendant have any income while incarcerated in an Alabama Penitentiary or Correctional Facility, the Alabama Department of Corrections is *ORDERED* to pay twenty-five percent (25%) of Defendants said funds (which funds of the Defendant the Department may come into possession of) to the Clerk of the Court, Enterprise Division, Coffee County, Alabama, as is allowed by law and said Department is *ORDERED* to pay same to the Clerk of the Court until such time as all restitution, costs, and above ordered fees are paid in full.

This the 1st day of September 2005.

ROBERT W. BARR
Circuit Judge

| State of Alabama<br>Unified Judicial System<br><br>Form CR-52 front)   Rev.8/11/2000 | **EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY**<br>(Habitual Felony Offender – Circuit or District Court) | Case Number<br>*CC-05-357*<br>☐ Count _____<br>*(count #, if applicable)* |

IN THE _*Circuit Court*_ COURT OF _*Coffee*_ , ALABAMA
(Circuit or District)                                   (Name of County)

STATE OF ALABAMA v. _*C. W. Jackson*_
                              Defendant

**TO THE ABOVE-NAMED DEFENDANT:** The Court, having been informed that you wish to enter a plea of guilty in this case, hereby informs you of your rights as a criminal defendant.

**PENALTIES APPLICABLE TO YOUR CASE**

You are charged with the crime of _*Burglary 3rd*_ , which is Class _*C*_ Felony. The Court has been informed that you desire to enter a plea of guilty to ☒ this offense or ☐ to the crime of _____ which is a _____ Felony. The sentencing range of the above crime(s) is set out below:

| FELONY | |
|---|---|
| Class A | Not less than ten (10) years and not more than ninety-nine(99) years imprisonment or life imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $20,000. |
| Class B | Not less than two (2) years and not more than twenty 920) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $10,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |
| Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $5,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor. |

You will also be ordered to pay the costs of court, which may include the fees of any appointed attorney, and restitution if there is any. You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony for which you are convicted.

As a reported habitual offender, you are further advised that the Alabama Habitual Offender Act Section 13A-5-9 Ala. Code 1975, as amended by Act 2000-759, provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequence felony:

| Prior Felonies →<br>This offense | No<br>Prior Felonies | One<br>Prior Felony | Two<br>Prior Felonies | Three +<br>Prior Felonies |
|---|---|---|---|---|
| Class C Felony | 1 Yr. & 1 Day – 10 Years<br>In State Penitentiary<br>Fine Up To $5,000 | 2 – 20 Years<br>In State Penitentiary<br>Fine UP To $10,000 | 10 – 99 Years<br>In State Penitentiary<br>Fine Up To $20,000 | 15 – 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 |
| Class BE Felony | 2 – 20 Years<br>In State Penitentiary<br>Fine Up TO $10,000 | 10 – 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 – 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Mandatory Life Imprisonment or any term of not less than 20 years Fine Up To $20,000 |
| Class A Felony<br>(No Prior convictions for a<br>Class A Felony) | 19 – 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 – 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life Imprisonment or Any Term<br>Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For Life or Life Imprisonment Without Possibility of Parole Fine Up To $20,000 |
| Class A Felony<br>(One or more prior<br>convictions for any Class A<br>Felony) | 10 – 19 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 – 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life Imprisonment or Any Term<br>Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For Life Without Possibility of Parole Fine Up To $20,000 |

☐ This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)
☐ **Enhanced Punishment For Use of Firearm Or Deadly Weapon:** Section 13A-5-6, Ala. Code 1975, provides for sentence enhancement where a firearm or deadly weapon was used or attempted to be used in the commission of a felony. This section provides for the following punishment in Felony, a term of imprisonment of not less than 20 years; for the commission of a Class B or Class C such even: For the commission of a Class A Felony, a term of imprisonment of not less than 10 years:
☐ **Enhanced Punishment for Drug Sale Near School:** Section 13A-12-250, Ala. Code 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three(3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.
☐ **Enhanced Punishment for Drug Sale Near Housing Project:** Section 13A-12-270, Ala. Code 1975, provides that any person who is convicted by an additional penalty of five years' imprisonment within a three (3) mile radius of a public housing project owned by a housing authority must be punished punishment imposed shall not be suspended or probation granted. in a state correctional facility for each violation. This period of imprisonment is mandatory and the
☐ **Enhanced Punishment For Sales Of Controlled Substance To Anyone Under 18:** Section 113A-12-215, Ala. Code 1975, provides that anyone convicted of selling, furnishing, or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.
☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281, Ala. Code 1975, provides that, if your are convicted of a violation of §13A-12-202 (criminal solicitation to commit controlled substance crime), 13A-12-203 (attempt to commit a controlled substance crime), 13A-12-204 (criminal conspiracy), 13A-12-211(unlawful distribution of a controlled substance), 13A-12-212 (unlawful possession or receipt of a controlled substance), 13A-12-213(unlawful possession of marijuana, 1st), 13A-12-215 (sale, furnishing, etc., of controlled substance by person over age

Original - Court File        Copy - Defendant        Copy - District Attorney        Copy - Defense Attorney

STATE OF ALABAMA
    PLAINTIFF
       VS.
**C. W. JACKSON**
    DEFENDANT

IN THE CIRCUIT COURT OF
COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION
CASE NO: CC 2005-B-357

## SETTLEMENT AGREEMENT

After discussion and negotiation between counsel for the defendant, defendant and the prosecution, it is agreed, subject to acceptance by the Court, that:

1. The defendant will enter a plea of guilty to the charge(s) of:
   <u>BURGLARY 3RD DEGREE</u>

2. The prosecutor will recommend, and the defendant agrees to accept a sentence of:
   <u>IF ACCEPTED BY PLEA DATE: Fifteen (15) years in the state penitentiary executed.</u> / *Split 3 years*

   *3prob*

   _____ Demand Reduction Assessment, $_____ Dept Forensic Sciences Fine, _____ months loss of driver's license, _____ CRO/SAP, $_____ FINE

3. Whether sentence is Suspended? Split? Probation?  *alcohol/drob · concurrent with any sentence already imposed*

4. If probation is part of the agreement, Defendant will carry out all GENERAL conditions of probation. As a SPECIAL condition of probation, Defendant will pay court ordered monies at the rate of $_____ per _____ until court ordered monies are paid in full.

5. Defendant will pay RESTITUTION in the amount of $ 1,064.31 _____ to the Clerk of Court for distribution to <u>Best Yet Foods</u>

6. Defendant shall be ordered: to pay COSTS of court in each case; an assessment to the Crime Victim's Compensation Commission of $ 50.00 _____ AND defendant will ( ) not be required to reimburse the State of Alabama for indigent attorney's fees.

7. Defendant affirmatively states Defendant reserves no issues for appeal. As a basis of this Settlement Agreement, Defendant waives/gives up any right of appeal in the above styled cause. Defendant acknowledges he is aware he has a right to demand a Pre-Sentence Report before Sentencing. Defendant expressly waives/gives up his right to demand a Pre-Sentence Report of Investigation before sentencing.

8. Defendant shall receive credit for time spent in custody while awaiting trial and/or disposition in this/these case(s). CREDIT FOR TIME SERVED WHILE AWAITING DISPOSITION OF THESE CASES.

9. No other terms or conditions related to judgment and sentence in this/these case(s) are agreed on or contemplated by the defendant or the prosecutor. The parties stipulate Defendant has _7_ proper, prior felony conviction(s) which are to be used for enhancement of sentence.

9-1-05 _____ *4 priors*
Date

_____
Signature of Defendant

_____
Signature of Defendant's Counsel

_____
Signature of Prosecutor

Having reviewed the settlement agreement entered into by the defendant and the prosecutor, the Court hereby:
[✓] Accepts the Settlement Agreement and incorporates same in the judgment and sentence.
[ ] Rejects the Settlement Agreement and modifies the terms as follows: _____

9/1/05 _____
Date

_____
Judge

```
                           ALABAMA DEPARTMENT OF CORRECTIONS                    INST:    15
C8R715-3                   INMATE SUMMARY AS OF 10/06/2005                      CLS#: 01A06
```

```
**********************************************************************************

AIS: 00168304N   INMATE: JACKSON, O W                        RACE: B  SEX: M

INST: 215 - COFFEE                                   DORM:  00  JAIL DR: DDDY DDK 100

DOB: 09/23/1953  SSN: 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                              PREVIOUS AID: M 168046

ALIAS: COWS, JEROME W                     ALIAS: COWS, WILLIAMS

ALIAS: JACKSON, BO BO                      ALIAS: JACKSON, BOBO

ALIAS: JACKSON, C.W.                       ALIAS: JACKSON, W C

ADM DT: 09/01/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC      STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: DTW-5   CURRENT CUST DT: 09/01/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:  09/01/2005
INMATE IS EARNING : STRAIGHT TIME

COUNTY       SENT DT  CASE NO  CRIME                         JU-CR      TERM
COFFEE       09/01/05 N05D00357 BURGLARY III                 0342D 00DY 0CM 00D 00
                              3YRS PROBATION
             COURT COSTS  : $000B69   FINES : $0000000   RESTITUTION : $0001114

  TOTAL TERM      MIN REL DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
00BY 00M 00D      09/18/2007    000Y 00M 00D     000Y 00M 00D     09/18/2007

INMATE LITERAL: SAP
**********************************************************************************

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
**********************************************************************************

ESCAPEE-PAROLE SUMMARY

   INMATE CONVICTED ON 05/15/1990 FOR ESCAPE I

PAROLED FRM  040:10/11/93 RVK:00/00/00 DELQ:12/12/94 RECAP:00/00/00 RTR:00/00/00

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING 0
**********************************************************************************

DISCIPLINARY/CITATION SUMMARY

   INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

ALIAS: CORE, JEFF ALLEN                          ALIAS: CROWS, WILLIAMS

ALIAS: JACKSON, BO BO                            ALIAS: JACKSON, CORD

ALIAS: JACKSON, C.J.                             ALIAS: JACKSON, J.C.

COUNTY            SENT DT  CASE NO  CRIME
COFFEE            09/01/05 NCR001357 BURGLARY III
                           BYRS PROBATION

INMATE LITERAL: GAP

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPE-PAROLE SUMMARY

     INMATE CONVICTED ON 09/16/1990 FOR ESCAP I

     INMATE CURRENTLY HAS NO PROBATION 764 RECORDS

     INMATE HAS NO ESCAPES FROM AUOC SINCE CHRCIS PROGRAM

DISCIPLINARY/CITATION SUMMARY

     INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

INTAKE SHEET

Date: _12/22/05_

Time: _4:35_

Status: ST____ FED____ CITY_____ COUNTY_____ COFFEE CO: Ent Div / Elba Div

Name: _JACKSON_ _C.W._ _____ SS#:_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_
　　　　Last　　　　　First　　　　　Middle

Address: _131 PATSY CIRCLE  ENTERPRISE.   AL   36330_
　　　　　Street　　　　　City　　　　　State　　Zip Code

DOB: _09/10/1953_ POB: _COFFEE_ _____ _AL_ _____
　　　　　　　　　　　　City　　　　County　　State　　Country

Age: _52_   Race: _B_  Sex: _M_  Hair: _BLK_  Eyes: _BRO_ Weight:_145_  Height: _5 8_

License or ID #: _____

Arresting Agency: _EPD_ _____ Arresting Officer: _J SANDERS_ ____ Location of Arrest:_COFFEE CO JAIL_

Type of Arrest: Warrant _X_  Call _____  View _____

| Offense | Mis | Fel | Bond |
|---|---|---|---|
| 1-- _CONTEMPT OF COURT_ | | | _500.00 CASH_ |
| 2-- | | | |
| 3-- | | | |
| 4-- | | | |

HOLDS:_____　　　　INTAKE SHEET NUMBER

_____

_____

This form completed by: _J Sanders_

Booked by: _____ Searched  Y/N    Photo  Y/N    FPs  Y/N    Green Card  Y/N

Comments: _____
_____
_____



*Coffee County Jail*
*Ben Moates, Sheriff*
*Zack Ennis, Administrator*

**INCIDENT REPORT**

**Date and time:**

Nature of Incident : Fight

Place of Incident: CB2

Date Occurred: 11 8 05

Time Occurred: 1640

NARRATIVE :

Around 1640 hrs Clo Lamb called and said their was a fight in CB2. Clo Bryan enter CB2 the fight was broke up. Inmate C.W. Jackson and Inmate Lester Moody had been fighting. Clo Bryan Locked both inmates down in there cell.
———— Ends of statement

Was an Offense Committed? yes    Was an Inmate Charged? no

Name of Inmate : C.W. Jackson And Lester Moody

Signature of Reporting Employee: Michael Bryan

Name and Title of Reporting Employee (Print): Michael Bryan 2nd shift supervisor

Report Delivered To: Zack Ennis

Date: 11/8/05    Time: 1730

Signature of Supervisor Receiving Report:

Date:_____    Time:_____



*Coffee County Jail*
*Ben Moates, Sheriff*
*Zack Ennis, Administrator*

**INCIDENT REPORT**

Date and time:

Nature of Incident : Fight

Place of Incident: CB 2

Date Occurred: 11 8/05

Time Occurred: 1640

NARRATIVE :

Around 1640 hrs Clo Lamb called and said their
was a fight in CB2. Clo Bryan enter CB2 the
fight was broke up. Inmate C.W. Jackson and
Inmate Lester Moody had been fighting. Clo Bryan
Locked both inmates down in there cell.
——————— Ends of statement ———————

Was an Offense Committed? yes     Was an Inmate Charged? no

Name of Inmate : C.W. Jackson And Lester Moody

Signature of Reporting Employee: Michal Byr

Name and Title of Reporting Employee (Print): Michael Bryan and shift supervisor

Report Delivered To: Zack Ennis

Date: 11/8/05   Time: 1730

Signature of Supervisor Receiving Report:

Date:_____   Time:_____



## COFFEE COUNTY JAIL
## BEN MOATES, SHERIFF
## ZACK ENNIS, ADMINISTRATOR
phone: 334-894-5535
fax: 334-804-6231

## MEDICAL TRANSPORT SHEET

Date: *11-9-05*

Name of Inmate: *C. W. Jackson*

Reason for Medical Care: *Dr. Appt.*

Transported From: *County Jail*

Transported To: *Dr. Cochran*

Time of Transport: *0900*

Transporting Officer: *D. Capien*

## Inmate Classification (Check One)

Federal_____
State_____
County_____
(City) Enterprise_____ Elba_____ New Brockton_____ Kinston_____

*This form to be completed for each inmate receiving any medical treatment

## COFFEE COUNTY (ALA.) JAIL
### PATIENT RECORD

Name: _Chris Johnson_

Address: _____    Date: _6-16_    Sex: _Male_    Time: _2__ A.M. / P.M.

☐ County Prisoner    ☒ State Prisoner    ☐ Other: _LLL_    Age: _____

Complaint: _Dental complaint of tooth ache fillint lipet 16 t_

History of Complaint: _____

Doctor Impression: _Check L-side_

Treatment: _____

_ED-FLEX ʒ:1_

_____
Doctor Signature

Quality Printing Co.

# HENRY S. COCHRAN, M.D.

For: C.W. Jackson

Address:                                                    11/29/05

R

E. D. FLEX Len

# 30

Sig: _____

_____ M.D.
PRESCRIPTION SUBSTITUTION PERMITTED

LABEL ALL RX'S
REFILL 0 1 2 3 4 5                     _____ M.D.
                              DISPENSE AS WRITTEN

C.W. Jackson
State of Alabama Inmate
Faxed from Coffee County Jail
11-4-05
D. Cipen

IHS Pharmacy    Independent Health Services Inc.    Phone

Post Office Box 146
Rainsville, AL 35986    Fax:

INMATE RELEASE FORM

FACILITY/FACILITY CODE: COFFEE CO JAIL (ALBCF)

PLEASE PRINT CLEARLY SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE | DISPENSE DATE |
|---|---|---|
| Kenneth McLendon | 11/23/05 | |
| C. W. Jackson | 11/23/05 | |
| Roland Shaw | 11/23/05 | |

AUTHORIZED SIGNATURE: Mary Childs    DATE 11/23/05

**NAME:** C.W. Jackson

**MEDICATION:** Eo-Flex 30/30/2

**R/X INSTRUCTIONS:** 1 cap 4X a day
#45

| | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|
| | | ACA STANDARD FORM 2-2133 | | STATE: |
| | | MEDICATION SHEET | | COUNTY: |
| | | CELLBLOCK  A | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 11-11 | 2005 | 0500 | 1 cap | C.W. Jackson | D. Williams | JHS |
| 11-11 | 2005 | 1200 | 1 cap | | Tolbert | JHS |
| 11-11 | 2005 | 1800 | 1 cap | | | JHS |
| 11-11 | 2005 | 2200 | 1 cap | | | JHS |
| 11-12 | 2005 | 0500 | 1 cap | C.W. Jackson | R. Cobb | JHS |
| 11-12 | 2005 | 1200 | 1 cap | C.W. Jackson | | JHS |
| 11-12 | 2005 | 1800 | 1 cap | | | JHS |
| 11-12 | 2005 | 2200 | 1 cap | | | JHS |
| 11-13 | 2005 | 0500 | 1 cap | C.W. Jackson | C. Kelly | JHS |
| 11-13 | 2005 | 1200 | 1 cap | | Cobb | JHS |
| 11-13 | 2005 | 1800 | 1 cap | | | JHS |
| 11-13 | 2005 | 2200 | 1 cap | | | JHS |
| 11-14 | 2005 | 0500 | 1 cap | W. Jackson | W. Williams | JHS |
| 11-14 | 2005 | 1200 | 1 cap | | | JHS |
| 11-14 | 2005 | 1800 | 1 cap | | McCormick | JHS |
| 11-14 | 2005 | 2200 | 1 cap | | McCormick | JHS |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

**COFFEE COUNTY JAIL**

**ACA STANDARD FORM 2-2133**

**MEDICATION SHEET**

NAME: _Chris Jackson_

MEDICATION: _Entolyn 300mg_

R/X INSTRUCTIONS: _4 × a day_

| FEDERAL: | |
|---|---|
| STATE: | |
| COUNTY: | |
| CITY: | |

CELLBLOCK: _2_

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 11/15 | 2005 | 0500 | 1 cap | Chris Jackson | B. Gerner | WHS |
| 11/15 | 2005 | 1200 | 1 cap | | M. Tillett | WHS |
| 11/15 | 2005 | 1800 | 1 cap | C W Jackson | McCormick | WHS |
| 11/15 | 2005 | 2200 | 1 cap | C W Jackson | McCormick | WHS |
| 11/16 | 2005 | 0500 | 1 cap | | C Wilds | WHS |
| 11/16 | 2005 | 1200 | 1 cap | Refused Meds | | WHS |
| 11/16 | 2005 | 1800 | 1 cap | C W Jackson | McCormick | WHS |
| 11/16 | 2005 | 2200 | 1 cap | C W Jackson | McCormick | WHS |
| 11/17 | 2005 | 0500 | 1 cap | C W Jackson | Miles | WHS |
| 11/17 | 2005 | 1200 | 1 cap | C W Jackson | McCormick | WHS |
| 11/17 | 2005 | 1800 | 1 cap | C W Davis Jr | McCormick | WHS |
| 11/17 | 2005 | 2200 | 1 cap | C W Jackson | McCormick | WHS |
| 11/18 | 2005 | 0500 | 1 cap | C W Jackson | C Wilds | WHS |
| 11/18 | 2005 | 1200 | 1 cap | | Gerner | WHS |
| 11/18 | 2005 | 1800 | 1 cap | | Gerner | WHS |
| 11/18 | 2005 | 2200 | 1 cap | | Gerner | WHS |

DATE IN FOR REFILL _____   DATE REFILLED _____   DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | | FEDERAL: |
| :--- | :--- | :--- | :--- |
| NAME: Wankster | ACA STANDARD FORM 2-2133 | | STATE: |
| MEDICATION: Elites Zolvent | MEDICATION SHEET | | COUNTY: |
| R/X INSTRUCTIONS: 4 scallby | CELLBLOCK 2 | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| 11/23 | 2005 | 0500 | 1 day | Walter Mullen | Ge Clark | SWS |
| 11/23 | 2005 | 1200 | 1 day | | | |
| 11/23 | 2005 | 1800 | 1 cap | | | |
| 11/23 | 2005 | 2200 | 1 cap | | | |
| | 2005 | 0500 | | | | |
| | 2005 | 1200 | | | | |
| | 2005 | 1600 | | | | |
| | 2005 | 2200 | | | | |
| | 2005 | 0500 | | | | |
| | 2005 | 1200 | | | | |
| | 2005 | 1800 | | | | |
| | 2005 | 2200 | | | | |
| | 2005 | 2200 | | | | |
| | 2005 | 0500 | | | | |
| | 2005 | 1200 | | | | |
| | 2005 | 1800 | | | | |
| | 2005 | 2200 | | | | |

DATE IN FOR REFILL _____        DATE REFILLED _____        DATE MED OUT w/NO REFILL _____

# COFFEE COUNTY JAIL

## ACA STANDARD FORM 2-2133
## MEDICATION SHEET

| | | |
|---|---|---|
| NAME: C.W. Jackson | FEDERAL: | |
| MEDICATION: Epflex 300 2x12 | STATE: | |
| PR/X INSTRUCTIONS: 1cap 4Xaday  #45 | COUNTY: | |
| | CELLBLOCK  2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 11-19 | 2005 | 0850 | 1 cap | Bittyaugh | H. Williams | IHS |
| 11-19 | 2005 | 1200 | 1 cap | C.W. Jackson | Wm | IHS |
| 11-19 | 2005 | 1800 | 1 cap | C.W. Jackson | | IHS |
| 11-19 | 2005 | 2200 | 1 cap | C.W. Jackson | C. W. Davis | IHS |
| 11-20 | 2005 | 0500 | 1 cap | R.C. Jackson | Re Robt Walker | IHS |
| 11-20 | 2005 | 1200 | 1 cap | C.W. Jackson | J. Roberts | IHS |
| 11-20 | 2005 | 1200 | 1 cap | | | IHS |
| 11-20 | 2005 | 1800 | 1 cap | | | IHS |
| 11-20 | 2005 | 2200 | 1 cap | | C.C. Davis | IHS |
| 11-21 | 2005 | 0500 | 1 cap | C.W. Jackson | | IHS |
| 11-21 | 2005 | 1200 | 1 cap | | M. Talbert | IHS |
| 11-21 | 2005 | 1600 | 1 cap | | M. Talbert | IHS |
| 11-21 | 2005 | 1800 | 1 cap | C.W. Jackson | M. McCormick | IHS |
| 11-21 | 2005 | 2200 | 1 cap | C.W. Jackson | M. McCormick | IHS |
| 11-21 | 2005 | 0500 | 1 cap | C.W. Jackson | Wadley | IHS |
| 11-22 | 2005 | 1200 | 1 cap | C.W. Jackson | S. Ratliff | IHS |
| 11-22 | 2005 | 1300 | 1 cap | C.W. Jackson | Day Shift | IHS |
| 11-22 | 2005 | 2200 | 1 cap | | Day Shift | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____