IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C. W. JACKSON, # 158384, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-174-WKW |
| ) | (WO) |
| COFFEE COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 7, 2006, the Magistrate Judge filed a Recommendation (Doc. # 5) in this case. In his Objection (Doc. # 9), the plaintiff conceded that Coffee County Jail is not a legal entity subject to suit.

After an independent and de novo review of the record, it ORDERED that:

1. The Objection (Doc. # 9) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED.

3. Defendant Coffee County Jail is DISMISSED as a party to this action.

4. This case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

DONE this the 18th day of April, 2006.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE