CASE, 1. 06-cv-00174-WKW-VPM DOCUMENT 16 Filed 11.4

I

IN THE UNITED STATES DISTRICT CORT

RECEIVED

DATE-4-21-0006

2006 APR 27 A 9:48

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISON

CW. JACKSON

PLAINTIFF,

V

COFFEE JAIL, et al,

DEFENDANTS.

"AMENDED

~~AMEND~~ TO COMPLAINT

(DEFFENDANTS)

1 ZACK E. ADMINISTRATOR OF THE COFFE CO JAIL.

(DEFFENDANTS)

2 DOCTOR HENRY S COCHRAN MD THE DOCTOR FOR THE CO. JAIL INMATE THAT GOT CO. TIME.

II

DEFENdant
(ZACK E ADMINISTRIATOR OF THE COFFEE CO. JAIL)

1 I GOT BIT BY A SPIDER IN THE CO. JAIL
AFTHER A PIPE BUST IT SMOKE UP THE CELLS

2 THE OFFICAL THAT CAME IN I TOLE HIM THAT I
JEST GOT BIT BY A SPIDER AND HE SAID
HE WILL GET ME TO A DOCTOR IN THE MORNING
I WENT TO SEE THE DOCTOR FOR A SPIDER BIT BUT
HE DIDT DO ANYTHING FOR ME FOR THE SPIDER
BIT SO I TOLE ZACK E AND THE OFFICALTOLE
HIM TOO. THAT THE DOCTOR DIDT DO nothIng
FOR THE SPIDER BIT. WHILE I WAS THERE
I SEEN THE DOCTOR HE WAS NOT GOING TO DO nOTHINg
FOR THE BIT, I ASK THE DOCTOR HIM TO DO SOMEThINg FOR
MY FEET, AND HE GAVE ME SOME VASELINE AND
AND SAYE HE TOLE THEM TO GET ME SOME SAND
PEPPER TOO BUT THEY DIDT FROM THE DRUG STORE.

3 THE OFFICAL TOLE ZACK E. AND I TOLE ZACK E.
WHEN I TOLE ZACK E THE ADMINISTRIATOR
OF THE CO JAIL HE TOLE ME HE WAS A GOOD
DOCTOR AND THAT WAS THE ONLY DOCTOR THEY HAD
FOR THE CO. HE SAID FOR ME TO GO BACK TO MY
CELL I TOLE HIM THAT YOU GOING TO MAKE ME
GO BACK TO MY CELL AND YOU DENT KNOW IF I
AM GOING TO LIVE OR DIE? HE SAID nOThing.
SO I GO TO MY CELL AND HURT AND HURT AND
HURT FOR MONTHS I WAS IN BAD BAD PAIN
HAPPEN THAT I WOULD STAY ALIVE.

ill

SUEING
UNDER

8 AMENDMENT VICIATION
DELIBERATE INDIFFERENCE TO MEDICAL NEEDS.

I DEFENDANTS ZACK KNOW CW. JACKSON GOT BIT IN THE COFFEE-CO, JAIL AND HE KNOW WE ALL LOOK AT HIM ZACK E FOR HELPING US ALL WITH ALL THE PROBLEM THAT HAPPING WHILE IN JAIL. HE WOULD NOT DO HIS JOB IN GOOD WAYS IT COULD HAD COUSE A LIFE. THE SUE FOR

A THE SPIDER BIT ALONG IS FOR $500.000.

B THE SUE FOR NOT GIVEING ME MEDICAL NEEDS FOR THE SPRIDE BIT IS $900.000.

C FOR LETING ME GO FOR MONTHS HURTING AND WAS NOT GIVE ANYTHING FOR THE BIT OR FOR THE PAIN $950.000 D I GOT A BODY PART NOW THAT DON'T WORK RIGHT BEHIND THAT MEDICAL NEED. I WONT SOMETHING FOR THAT TOO AND WILL BE $950.000 FOR THAT SUE.

THE CO SAID SPRAY FOR ALL THE CELL THAT TELL THE SPRAYER TO SPRAY HIS CELL, IF YOU NOT THERE OR SLEEP OR DON'T SEE THEMS WHILE THEY ARE SPRAYING THEY WILL NOT SPRAYING NO ONE CELL WITH OUT YOU TELL THEMS TO SPRAY YOUR CELL. I ASK WHY THEY SAY SOME ONE MAY BE ALLERGIC TO THE SPRAY. I FEAL LIKE IF YOO SPRAY IN ONE CELL AND DONT SPRAY IN THE OTHER SPIDER WILL COME OUT THE ONE YOU SPRAY AND GO IN THE ONE THAT NOT BEEN SPRAY

SUEing UNDER 8-AMENDMENT VIOLATion

DELIBERATE INDIFFERENCE TO MEDICAL NEEDS.

(I)

DEFENDANTS DOCTOR HENRYS COCHRAN MD IS A DOCTOR FOR THE COFFEE CO. JAIL, HE IS TO HELP ALL THE CO INMATE THAT COME TO HIM FOR HELP. OR ANY PEOPLE THAT COME TO HIM FOR HELP HE IS A DOCTOR. IT WOULD BE BAD TO KNOW THAT THERE IS DOCTORS OUT THERE THAT WOULD LET A PERSON THAT IS IN HIS CARE, HURT AND NOT DO ANY THING ABOUT IT. I KNOW THAT THEY MAKE THE DOCTOR LEAVE THE CITY OF ENTERPRISE FOR DOING BADSTHANG WHILE HE WAS IN ENTERPRISE. SO HE CAME TO ELBA THATS STELL IN COFFEE CO. BUT THE CO JAIL USE HIM FOR THE CO INMATE. ZACK KNOW ALL BAOUT THIS THE WHOLE CO KNOW ABOUT THAT. ANY WAY HE KNOW THE INMATE TELL HIM ALL THE TIME ABOUT THE BAD THANGS THAT HE DO. BUT STELL THEY KEEP HIM FOR SOME REASON AND HE HENRY S COCHRAN KEEP ON DOING WHAT HE WONT TO BECOUSE HE KNOW HE GO THE CO. ON HIS SIDE. THIS IS WHAT I SEE WHY HE DOING THESE THANG.

SUE UNDER THE 8-AMENDMENT VIOLATION
'DELIBERATE INDIFFERENCE TO MEDICAL NEEDS

1 THE DOCTOR HENRY S COCHRAN MD KNOWED THAT I WAS IN PAIN WOULD NOT GIVE M MEDICAL NEEDS. SO CW. JACKSON IS SUEing HIM FOR $1,000,000
2 HE SAID BAD THANG TO ME like SEXUCAL ASSCUIT

II
2

ME TWO DIFFING TIME WITH OUT EVEN TRYING
TO SEE WHAT WAS WRONG WITH ME. HE BY THE DOOR
WHEN WE CAME IN AND THATS WHERE HE STAYED AND
SAY ALL THEM THING I PROBLEM BEEN Feeling AROUND
WITH HOME SEXUL OR PROBLEM GOT THE CLAP-OR
SOMETHING. I TOLE him THAT I GOT BIT BY A
SPIDER AND THE OFFICAL DID TOO. HE TOLE AND THE
OFFICAL THAT BRAND HIM BACK IN 3ORA-WEEK THEN HE WOULD SEE ABOUT ME THEN

WHEREFORE, Plaintiff Respectfully prays the court.

1  AS DECLARE THAT THE ACT ~~~~~ AND OMMISSIONS
DESCRIBED HEREIN VIOLATED PLAINTIFFS Rights UNDER
CONSTITUTIONS AND THE LAWS OF THE STATE OF ALABAMA
AND THE LAWS OF THE ~~~~~ UNITED STATES

2 THE DEFENDANTS ZACK ~~~~ E. ADMINISTRATER
AND DOCTOR HENRY S COCHRAN MD WILL
PROTECT THE LAWS OF ALL THE RUEL AND BE
MORE INTO GOING BY THE LAWS BEFOR this
happen again.

       THANK YOU
I DONT KNOW HOW TO DO this so GOOD BUT I have
To TRY PLEASE TO NOT LET THESE PEOPLE GET
AWAY WITH this BECAUSE IT IS To BIG To
LET GO.

SORRY TO BE A DAY LATE

BUT THIS CAMP HERE have TOOK
FRIDAY AND UNTAIN TUESDAY OFF
IN WE DIDT KNOW UNTAIN FRIDAY THAT
THEY WAS DOING this MY CALENDAR DIDT
SHOW TUESDAY AS A HOLIDAY.

I HOPE YOU CAN SEE that I AM
TRYING WITH ALL that I GOT TO DO
THE RIGHT THINGS WITH THIS CASE AND
ALL THE HELP THAT I CAN GET IN HERE
HELP ME TO GOING ON WITH MY CASE.

SORRY TO BE LATE

THANK YOU

C.W JACKSON