IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

C.W. JACKSON
   Plaintiff

vs

CASE NO. 1:06-cv-174

COFFEE County Jail, et al.,
   Defendants



PLAINTIFF'S MOTION FOR DISMISSAL

Plaintiff C.W. Jackson, herein submitts to this court his motion for dismissal. Herein the Plaintiff submitts his reasons for dismissal.

1.) The Plaintiff is not a trained person of the law therefore he must seek the assistance of another inmate at the Limestone Correctional Facility.

2.) The Plaintiff stipulates that the initial complaint filed would be frivoulous and therefore request this court to dismiss with prejudice to file a new claim in this court.

Wherefore premises are considered the Plaintiff seeks this court to order a dismissal with prejudice and allowing Plaintiff to start a new claim.

Done this 1st day of May A.D. 2006

Respectfully
C.W. Jackson
C.W. JACKSON

I hereby certify that on the 1st day of May A.D. 2006 I have served a copy of the motion to dismiss upon all parties to this suit

CW Jackson
C.W. Jackson

cc. Scott W. Gosnell

(2)