IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C. W. JACKSON, #158384, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06CV174-WKW |
| | ) |
| COUNTY JAIL ADMINISTRATOR - ZACK ENNIS, | ) ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

On May 11, 2006, the Magistrate Judge filed a Recommendation (Doc. # 18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The plaintiff's Motion for Dismissal (Doc. # 17) is GRANTED; and

3. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of June, 2006.

                              /s/ W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE